UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RICHARD KEITH JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:13-cv-00123-JMS-MJD |
| | ) |
| HEATHER WALLACE Correctional Officer, | ) |
| F. BRANNICK Correctional Officer, | ) |
| C. NICHOLSON Lieutenant, | ) |
| | ) |
| Defendants. | ) |

**Entry Discussing Motion to Reconsider**

The plaintiff's response, [dkt. 9], to the Entry of May 10, 2013, [Dkt. 6], is understood as a motion to reconsider the dismissal of Lt. C. Nicholson and, as such, is **denied**. The dismissal of legally insufficient claims was mandatory pursuant to 28 U.S.C. § 1915A(b). *Gladney v. Pendleton Corr. Facility,* 302 F.3d 773, 775 (7th Cir. 2002). In addition, the plaintiff has shown no sound basis on which the dismissal of Lt. Nicholson could be reconsidered. For example, the plaintiff argues that Lt. Nicholson is a supervisor and thus responsible for C.O. Wallace and C.O. Brannick's actions on December 30, 2011. But this allegation will not support liability under 42 U.S.C. § 1983. "Section 1983 does not establish a system of vicarious responsibility. Liability depends on each defendant's knowledge and actions, not on the knowledge or actions of persons they supervise. . . . *Monell's* rule [is that] that public employees are responsible for their own misdeeds but not for anyone else's." *Burks v. Raemisch,* 555 F.3d 592, 593-94 (7th Cir. 2009) (citing *Monell v. New York City Dep't of Social Services,* 436 U.S. 658 (1978)).

The Entry of May 10, 2013, determined that the allegations in the complaint failed to state a claim against Lt. Nicholson. [Dkt. 6.] As discussed above, there was no error in this ruling. If the plaintiff believes that any of the deficiencies identified by the Court can be corrected, an amended complaint may be filed. Any amended complaint should include Case No. 2:13-cv-123-JMS-MJD in the caption and must be filed by June 14, 2013.

**IT IS SO ORDERED.**

Date: 05/24/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

RICHARD KEITH JOHNSON
926081
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838